IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| TIFFANY N. OGLE,<br><br>        Plaintiff,<br><br>vs.<br><br>KOORSEN FIRE & SECURITY, INC. and COMMERCIAL SERVICES, INC. and TYCO FIRE PRODUCTS LP and MCDONALDS CORPORATION<br><br>        Defendants. | Case No. 3:17-cv-00127<br>(Judge Walter H. Rice) |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR VOLUNTARY DISMISSAL

The Court has considered Defendant's Tyco Fire Products LP ("TFP")'s Motion for Order Granting Plaintiff's Motion to Dismiss all Claims against TFP with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), there being no cross-claims made against TFP and for good cause shown, it is hereby ORDERED that the Motions are GRANTED, and all claims against TFP are DISMISSED with prejudice.

IT IS SO ORDERED this 14 day of February, 2018.

_____
Walter H. Rice, Judge
U.S. District Court – Southern District of Ohio

102696.005.12528497_1.docx