UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TIFFANY N. OGLE,

    Plaintiff,

vs.

KOORSEN FIRE & SECURITY, INC, et al.,

    Defendants.

Case No. 3:17-cv-127

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. #48); AND (2) OVERRULING AS MOOT THE MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. #45) FILED BY DEFENDANT TYCO FIRE PRODUCTS, LP**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #48), to whom this case was referred pursuant to 28 U.S.C. § 636(b). In that Report and Recommendation, the Magistrate Judge recommends that: (1) Plaintiff's unopposed motion to voluntarily dismiss all claims against Defendant Tyco Fire Products, LP ("TFP") (Doc. #46) be granted; (2) all claims against TFP be dismissed without prejudice; and (3) TFP's motion for judgment on the pleadings (Doc. #45) be denied as moot. The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.

Having previously granted Plaintiff's motion to voluntarily dismiss claims against TFP (Doc. #49), the recommendation of the Magistrate Judge in that regard is moot. The Court, however, **ADOPTS** the Report and Recommendation (Doc. #48) insofar as the Magistrate Judge recommends that TFP's motion for default judgment (Doc. #45) be **OVERRULED AS MOOT**.

**IT IS SO ORDERED.**

Date: 6-8-18

Walter H. Rice
United States District Judge